# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC SABATINI, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) Case No. 1:19-cv-01149-MN ) |
| v. | ) JURY TRIAL DEMANDED ) |
| CONTROL4 CORPORATION, MARIA THOMAS, MARTIN PLAEHN, ROB BORN, JAMES CAUDILL, DAVID C. HABIGER, JEREMY JAECH, MARK JENSEN, and PHIL MOLYNEUX, | ) CLASS ACTION ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Eric Sabatini ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice as to the putative class. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

Dated: August 27, 2019

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
 Brian D. Long (#4347)
 Gina M. Serra (#5387)
 300 Delaware Avenue, Suite 1220
 Wilmington, DE 19801
 Telephone: (302) 295-5310
 Facsimile: (302) 654-7530
 Email: bdl@rl-legal.com
 Email: gms@rl-legal.com

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

*Attorneys for Plaintiff*